# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: February 13, 2008)**

* * * * * * * * * * * * * * * * * *
**LOURDES HYDE,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * *

## ORDER

The court **SCHEDULES** a status conference for **Thursday, February 21, 2008 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 789-0100; counsel for defendant at (202) 305-3278. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge