# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: February 21, 2008)**

* * * * * * * * * * * * * * * * *
*
**LOURDES HYDE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

As discussed during the February 21, 2008 status conference, the plaintiff shall have until **Thursday, March 6, 2008** to file her response to the government's February 11, 2008 Motion for Remand. If the parties reach an alternate agreement regarding the handwriting analysis, they may instead file a Joint Motion for a Temporary Stay by that same date.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge