**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JEFFREY B. KING, SCOTT A. AUSTEN, KEVIN J. HARRIS, AND JOHN J. HAYS,** <br> **Plaintiffs,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | **Case No. 07-589C** <br> **Judge Emily C. Hewitt** |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO REMAND**

Plaintiff, by and through undersigned counsel, hereby request a 2 business day extension of time to file Plaintiff's Response to the Defendant's Motion to Remand until Monday, March 10, 2008. Undersigned counsel contacted the Defendant's representative and the Defendant consents to this motion.

The Judge provided Plaintiff until March 6, 2008 to respond to Defendant's Motion or for the parties to file a joint request to stay the proceedings for settlement discussions. Defendant advised Plaintiff on February 27, 2008, by email (at 6:00 pm), that the Defendant was not interested in pursuing the stay. Undersigned counsel has begun drafting the Response, but will not be able to meet the Judge's deadline. Undersigned counsel suffers from migraine headaches that manifest (despite daily medication), without warning, as either vertigo or severe headaches. On March 3, 2008, undersigned counsel suffered the vertigo version and left work. Today, March 4, 2008, undersigned counsel is home with the headache version. Unfortunately, working on a

computer makes the symptoms worse. In addition, due to prior litigation commitments, the associate working on this case can not step in to write the brief today and tomorrow.

Undersigned counsel apologizes for any inconvenience this may cause the Court or Defendant, but respectfully submits that the foregoing reasons constitute good cause, and respectfully requests that the Judge grant the Plaintiff's Unopposed Motion for Extension of Time.

**VERIFICATION**

By her signature below, undersigned counsel verifies that the foregoing is true and correct to the best of her knowledge, information, and belief.

March 5, 2008

Respectfully Submitted,

Sandra Mazliah

Sandra Mazliah, Bar No. 44074
PASSMAN & KAPLAN, P.C.
1090 Vermont Ave., N.W.
Suite 500
Washington, DC 20005
Tel: (202)789-0100
Fax: (202)789-0101

Attorney for Plaintiffs