# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: March 6, 2008)**

* * * * * * * * * * * * * * * * *
*
**LOURDES HYDE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion, filed March 5, 2008, for a two-day enlargement of time within which to respond to defendant's motion to remand is **GRANTED**. Accordingly, plaintiff shall file its response by **Monday, March 10, 2008**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge