IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOURDES HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-828C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's March 28, 2008 order, the parties submit the following proposed briefing schedule.

The parties propose that, pursuant to Rule 52.1(a) of the Rules of the Court of Federal Claims, defendant shall file the administrative record on or before April 30, 2008. The parties further propose that, pursuant to Rule 52.1(b), plaintiff shall file a motion for judgment (or partial judgment) upon the administrative record on or before May 30, 2008, defendant shall file its response to plaintiff's motion for judgment on or before June 27, 2008 and plaintiff shall file her reply in support of her motion for judgment on or before July 11, 2008.

Respectfully submitted,

/s/ Sandra Mazliah
SANDRA MAZLIAH, Bar No. 44074
PASSMAN & KAPLAN, P.C.
1090 Vermont Ave., N.W., Suite 500
Washington, DC 20005
Tel: (202)789-0100
Fax: (202)789-0101

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit - 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 305-3278
Fax: (202) 353-7988

OF COUNSEL:
MARC S. BREWEN
LCDR, JAGC, USN

April 10, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of April, 2008, a copy of the foregoing joint status report, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David S. Silverbrand