# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: April 11, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **LOURDES HYDE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The is in receipt of the parties' joint status report, filed April 10, 2008, and adopts the briefing schedule proposed by the parties. Accordingly, the deadlines are as follows:

| | |
|---|---|
| April 30, 2008 | Defendant shall file the administrative record |
| May 30, 2008 | Plaintiff shall file a motion for judgment on the administrative record |
| June 27, 2008 | Defendant shall file its response to plaintiff's motion judgment |
| July 11, 2008 | Plaintiff's reply in support of its motion for judgment. |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge