IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOURDES HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-828C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 30, 2008, within which to file the administrative record in this action. The record is currently due on April 30, 2008. Defendant has not previously requested an enlargement of time for this purpose. The undersigned has contacted plaintiff's counsel, who has stated that plaintiff consents to this motion.

This enlargement is requested in order to allow the parties to determine if resolution of this matter can be achieved through settlement, thereby relieving the parties of the burdens and expenses associated with continuing to litigate this matter. The parties are currently engaged in settlement discussions. If these discussions are fruitful, this case may be voluntarily dismissed and the filing of an administrative record would not

be necessary. However, we are currently awaiting additional information which will be the basis for the parities to determine whether the issues raised in this case can be resolved through settlement. Thus, we expect that a 30-day extension of time, to and including May 30, 2008, will result in the most efficient use of the Court's and the parties' resources. The remaining dates on the schedule should similarly be extended by 30 days.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278
fax: (202) 353-7988

April 29, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of April, 2008, a copy of the foregoing consent motion for an enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ DAVID S. SILVERBRAND