# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: April 30, 2008)**

* * * * * * * * * * * * * * * * * *
*
**LOURDES HYDE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed April 29, 2008, for a 30-day enlargement of time to the briefing schedule in order to allow the parties to determine if resolution of this matter can be achieved through settlement is **GRANTED**. Accordingly, the deadlines are as follows:

| | |
|---|---|
| May 30, 2008 | Defendant shall file the administrative record |
| June 30, 2008 | Plaintiff shall file a motion for judgment on the administrative record |
| July 28, 2008 | Defendant shall file its response to plaintiff's motion judgment |
| August 11, 2008 | Plaintiff's reply in support of its motion for judgment. |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge