# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: June 17, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **LOURDES HYDE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

Defendant's unopposed motion, filed June 12, 2008, for a 21-day enlargement of time to the briefing schedule in order to allow the parties to determine if resolution of this matter can be achieved through settlement is **GRANTED**. Accordingly, the deadlines are as follows:

| | |
|---|---|
| **July 3, 2008** | Defendant shall file the administrative record |
| **August 4, 2008** | Plaintiff shall file a motion for judgment on the administrative record |
| **September 2, 2008** | Defendant shall file its response to plaintiff's motion judgment |
| **September 18, 2008** | Plaintiff's reply in support of its motion for judgment. |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge