IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOURDES HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-828C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT’S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims (“RCFC”), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including July 17, 2008, within which to file the administrative record in this action. The record is currently due on July 3, 2008. Defendant has previously requested three enlargements of time totaling 65-days for this purpose. The undersigned has contacted plaintiff's counsel to request consent, but had not yet received a response at the time of his filing this motion.

This enlargement is requested to allow the parties to continue to determine if resolution of this matter can be achieved through settlement, thereby relieving the parties and the Court of the burdens and expenses associated with continuing to litigate this matter. The parties are still engaged in settlement discussions. If these discussions are fruitful, this case may be voluntarily dismissed and the filing of an

administrative record would not be necessary. We regret the long duration of the settlement process and we apologize to the Court for not resolving this matter in the time periods in which we previously believed possible. However, the settlement being discussed by the parties required input by various officials within the government. The Department of Justice recently received a required recommendation from the Navy and, thus, the process continues to move forward. We, therefore, anticipate a resolution in the near future. Accordingly, it is in the interest of the Court and all parties to allow these internal procedures to continue in order to secure an outcome to this case that is just, speedy, and inexpensive. We expect that a 14-day extension of time, to and including July 17, 2008, will result in the most efficient use of the Court's and the parties' resources. We respectfully request also that the remaining dates on the schedule similarly be extended by 14 days.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278

July 3, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of July, 2008, a copy of the foregoing motion for an enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ DAVID S. SILVERBRAND