# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: July 8, 2008)**

* * * * * * * * * * * * * * * * *
*
**LOURDES HYDE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed July 3, 2008, for a 14-day enlargement of time to the briefing schedule in order to allow the parties to determine if resolution of this matter can be achieved through settlement is **GRANTED**. Accordingly, the deadlines are as follows:

| | |
|---|---|
| **July 17, 2008** | Defendant shall file the administrative record |
| **August 18, 2008** | Plaintiff shall file a motion for judgment on the administrative record |
| **September 16, 2008** | Defendant shall file its response to plaintiff's motion judgment |
| **October 2, 2008** | Plaintiff's reply in support of its motion for judgment. |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge