# In the United States Court of Federal Claims

**No. 07-828C**
**(Filed: July 14, 2008)**

* * * * * * * * * * * * * * * * * *
*
**LOURDES HYDE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed July 11, 2008, to suspend proceedings in the above-captioned case for 120 days so that the parties may finalize a settlement agreement is **GRANTED**. Accordingly, the case is **STAYED** until **Friday, November 14, 2008**, by which time the parties shall file a Stipulation of Dismissal or a Joint Status Report.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge